William D. Hyslop
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 19 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL PAUL NICKERSON,<br><br>Defendant. | **2:19-CR-191-RMP**<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 472<br>Possession of Counterfeit Currency (Count 1)<br><br>18 U.S.C. § 472<br>Passing Counterfeit Currency (Count 2)<br><br>18 U.S.C. §§ 982(a)(2)(B), 492, 28 U.S.C. § 2461(c)<br>Notice of Criminal Forfeiture |

The Grand Jury charges:

COUNT 1

On or about October 3, 2019, in the Eastern District of Washington, the Defendant, RUSSELL PAUL NICKERSON, did, with the intent to defraud, possess falsely made, forged, and counterfeit Federal Reserve Notes, to wit: eighteen (18) counterfeit $50 Federal Reserve Notes, bearing serial number

INDICTMENT - 1

MG14318339B, totaling $900.00 face value; and ten (10) $20 counterfeit Federal Reserve Notes, bearing serial number MB40946896F, totaling $200.00 face value, which RUSSELL PAUL NICKERSON knew to be falsely made, forged, and counterfeit, all in violation of 18 U.S.C. § 472.

## COUNT 2

On or about December 5, 2017, in the Eastern District of Washington, the Defendant, RUSSELL PAUL NICKERSON, did, with the intent to defraud, pass eight (8) falsely made, forged, and counterfeit $50 Federal Reserve Notes, bearing serial number MF09682731A, which RUSSELL PAUL NICKERSON knew to be falsely made, forged, and counterfeit, to Aces Casino at 6301 N. Division Street, Spokane, Washington, all in violation of 18 U.S.C. § 472.

## NOTICE OF CRIMINAL FORFEITURE

The violations alleged in this Indictment are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 982(a)(2)(B) upon conviction of an offense(s) in violation of 18 U.S.C. § 472, as charged in this Indictment, the Defendant, RUSSELL PAUL NICKERSON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation.

Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 472, as charged in this Indictment, the Defendant, RUSSELL PAUL NICKERSON, shall forfeit to the United States of America, all counterfeits of any coins or obligations or other securities of the

INDICTMENT - 2

United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §§ 471, 472; and, any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the Defendants without proper authority.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) or 28 U.S.C. § 2461(c).

DATED this 19 day of November, 2019.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Earl A. Hicks
Assistant United States Attorney

INDICTMENT - 3