PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 9 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DEFENDANT NAME:  **RUSSELL PAUL NICKERSON**

TOTAL NO. COUNTS: **2**

**VIO: 18 U.S.C. § 472**
  **(Count 1)**

**Possession of Counterfeit Currency**

PENALTY: **CAG not more than 20 years;**
    **and/or $250,000 fine;**
    **3 years supervised release;**
    **a $100 special penalty assessment;**

**VIO: 18 U.S.C. § 472**
  **(Count 2)**

**Passing Counterfeit Currency**

PENALTY: **CAG not more than years CAG years;**
    **and/or $250,000 fine;**
    **SUPR year(s) years supervised release;**
    **a $100 special penalty assessment;**
    **Restitution**

**Notice of Criminal Forfeiture**

CASE
NO. _____ **2:19-CR-191-RMP-1** _____

AUSA        EAH
INITIAL_____