PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.            Nickerson, Russell Paul            Docket No.            2:19CR00191-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Russell Paul Nickerson, who was placed under pretrial release supervision by the Honorable U. S. District Judge Rosanna Malouf Peterson, sitting in the Court at Spokane, Washington, on the 3rd day of February 2020, under the following conditions:

**Condition #2:** Defendant is subject to the standard conditions of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Russell Paul Nickerson is alleged to have been charged with first degree trespassing in Airway Heights Municipal Court on May 13, 2020.

On February 14, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Nickerson. Mr. Nickerson acknowledged an understanding of the conditions, which included condition number 2.  It should be noted that a standard condition of release is for a defendant to not violate any federal, state, or local laws while under pretrial release supervision.

The following information was gathered from Kalispel Tribal Police report number 2020-82004017, and available local court records.

On May 11, 2020, at approximately 8:45 p.m., an officer with the Kalispel Tribal Police was contacted by a Northern Quest Resort & Casino Tribal Gaming Agent (TGA), at the casino in Airway Heights, Washington.  The TGA reported to the police officer that Mr. Nickerson had been permanently barred from the casino and was currently on the gaming floor.

The TGA showed the officer a copy of the permanent barring Mr. Nickerson received on January 16, 2019.  Subsequently, the police officer contacted Mr. Nickerson at the Northern Quest Casino, detained him and took him to the security office of the casino.

After being read his Miranda Rights, the police officer spoke to Mr. Nickerson about being barred from the Northern Quest Resort & Casino.  Mr. Nickerson allegedly stated he thought he had been barred from the casino for 1 year, and that had since expired.  The TGA advised Mr. Nickerson had allegedly violated his barring a couple of times over the past year and had been told at those times that he was permanently barred.  Mr. Nickerson allegedly nodded in agreement.  The police officer advised Mr. Nickerson that he was under arrest for criminal trespass.

Subsequently, Mr. Nickerson was cited for first degree criminal trespass.  The TGA explained the condition of the barring to Mr. Nickerson and stated the barring is permanent.  Upon being given the citation, Mr. Nickerson was released from custody.

On May 13, 2020, Mr. Nickerson was formally charged with first degree criminal trespass in Airway Height Municipal Court case number XZ0245148 KTI CN.  Mr. Nickerson is currently scheduled to appear for an arraignment in Airway Heights Municipal Court on June 23, 2020.

**PS-8**

**Re: Nickerson, Russell Paul**
**May 20, 2020**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:    May 20, 2020

by      s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer
John T. Rodgers, Magistrate Judge

Date  5-20-2020