UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2020

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nickerson, Russell Paul | Docket No. | 2:19CR00191-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Russell Paul Nickerson, who was placed under pretrial release supervision by the Honorable U. S. District Judge Rosanna Malouf Peterson, sitting in the Court at Spokane, Washington, on the 3rd day of February 2020, under the following conditions:

**Condition #2:** Defendant is subject to the standard conditions of release.

**Condition #2(c):** Defendant shall submit to random urinalysis testing and breathalyzer testing as directed by the United States Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Russell Paul Nickerson is alleged to have been charged with first degree trespassing in Airway Heights Municipal Court on June 15, 2020.

On February 14, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Nickerson. Mr. Nickerson acknowledged an understanding of the conditions, which included condition number 2. It should be noted that a standard condition of release is for a defendant to not violate any federal, state, or local laws while under pretrial release supervision.

The following information was gathered from local court records and Mr. Nickerson. A police report was not available at the time this petition was submitted to the Court.

According to available local court records, Mr. Nickerson was cited for first degree trespassing on June 14, 2020. On June 15, 2020, Mr. Nickerson was formally charged in Airway Heights Municipal Court, case number XZ0488794, with first degree trespassing.

On June 15, 2020, the undersigned officer discussed the aforementioned citation with Mr. Nickerson. Mr. Nickerson said he had approximately $500 stolen on June 12, 2020. He reportedly chose to go to the Northern Quest Casino on June 14, 2020, in an attempt to recoup some of the lost money. Mr. Nickerson was previously banned from entering the Northern Quest Casino and was aware that he was not allowed on the property at the casino. Casino security staff allegedly found Mr. Nickerson and he was given a citation for first degree trespassing.

**Violation #3:** Russell Paul Nickerson is alleged to have failed to report for random drug testing on June 8, and 15, 2020.

On February 14, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Nickerson. Mr. Nickerson acknowledged an understanding of the conditions, which included condition number 2(c).

On May 19, 2020, the undersigned officer referred Mr. Nickerson to the phase uranalysis testing program at Pioneer Human Services. Mr. Nickerson was instructed to contact Pioneer Human Services daily to determine if he is required to submit to random drug testing.

Mr. Nickerson failed to report for random drug testing on June 8, and 15, 2020.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 16, 2020 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ X ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ X ] Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

6/16/2020

Date