PROB 12C
(6/16)

Report Date: August 4, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Paul Nickerson            Case Number: 0980 2:19CR00191-RMP-1

Address of Offender:                                                          Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 16, 2020

Original Offense:         Possession of Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:        Probation - 60 Months              Type of Supervision: Probation

Asst. U.S. Attorney:      Earl A. Hicks                      Date Supervision Commenced: June 16, 2020

Defense Attorney:         J Houston Goddard                  Date Supervision Expires: June 15, 2025

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition #1**: For a period of 3 months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities as pre-approved by your supervision officer (Home Detention).  At the discretion of your supervising officer, electronic home monitoring equipment or other alternative methods of supervision may be employed to confirm compliance.  If there is a cost associated with this equipment, you shall contribute according to your ability to pay.<br><br>**Supporting Evidence**: Russell Nickerson violated the terms of his probation by returning approximately 40 minutes late on or about July 24, 2020, in violation of his home detention condition.<br><br>On June 16, 2020, probation commenced in this matter.  On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted special condition number 1.<br><br>That same day, he was set up on GPS monitoring. Mr. Nickerson signed the GPS participant agreement form which includes an acknowledgment that he is to remain at his approved residence at all times, except for activities approved in advance by his supervising officer. |

Prob12C
**Re: Nickerson, Russell Paul**
**August 4, 2020**
**Page 2**

Mr. Nickerson was allotted time out to report to the Spokane Regional Health District Monday through Friday from 7:30 a.m. to 11:00 a.m., to allow time for him to pick up his Methadone dosing each day. This time frame was set to assist him in avoiding the busier times. He agreed that going in the morning was more efficient. He has been reminded on a number of occasions and often times he does not leave his residence until later in the morning.

On July 24, 2020, he did not leave his residence until approximately 10:45 a.m., which would only give him 15 minutes to pick up his Methadone dose and arrive home prior to his curfew. Mr. Nickerson made no attempt to contact the undersigned and was ultimately 40 minutes late returning home.

6       **Standard Condition # 12**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Russell Nickerson violated the terms of his probation by failing to acquire and provide medical documentation related to COVID 19 testing and results on or about July 24, 2020 or since.

On June 16, 2020, probation commenced in this matter. On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted standard condition number 12.

Mr. Nickerson reported being tested for COVID -19 on July 6, 2020. He has not provided appropriate documentation regarding the matter and has not provided results of the test. As a result, he has been prohibited from drug testing at Pioneer.

On July 23, 2020, during a conversation with Mr. Nickerson, he was reminded again of the requirement to secure medical documentation noting he either needs to continue quarantining or advising he is clear to participate in normal activities. He agreed and a plan was approved and put in place allowing him to travel to the medical office the following day to secure the requested documents. Mr. Nickerson failed to do so and has since failed to acquire medical records related to COVID 19 testing and status there of. Mr. Nickerson has been reminded multiple times but has failed to make any effort to secure this information.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/04/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Nickerson, Russell Paul**
**August 4, 2020**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

8/4/2020
Date