PROB 12C
(6/16)

Report Date: August 4, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Russell Paul Nickerson | Case Number: 0980 2:19CR00191-RMP-1 |
| Address of Offender: | Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 16, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: June 16, 2020 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: June 15, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2020 and 08/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Russell Nickerson violated the terms of his probation by consuming a controlled substance, methamphetamine and amphetamine, on or about July 27, 2020. |
| | On June 16, 2020, probation commenced in this matter. On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted special condition number 6. |
| | That same day, he was advised of the testing instructions which would require him to call the color line daily to determine if he had to test that day. |
| | As noted in the petitions filed on July 24, and August 4, 2020, Mr. Nickerson has failed to submit to drug testing as required. |

Prob12C
# Re: Nickerson, Russell Paul
**August 4, 2020**
Page 2

On July 27, 2020, he entered a residential reentry center (RRC) and submitted to a urinalysis test. On August 4, 2020, the lab report was received and confirmed a positive presence for methamphetamine and amphetamine.

8     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Russell Nickerson violated the terms of his probation by consuming a controlled substance, Codeine, Hydromorphone, and Morphine, on or about July 27, 2020.

On June 16, 2020, probation commenced in this matter. On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted special condition number 6.

That same day, he was advised of the testing instructions which would require him to call the color line daily to determine if he had to test that day.

As noted in the petitions filed on July 24, and August 4, 2020, Mr. Nickerson has failed to submit to drug testing as required.

On July 27, 2020, he entered an RRC and submitted to an intake UA. On August 4, 2020, the lab report was received and confirmed a positive presence for Codeine, Hydromorphone, and Morphine, none of which he has a prescription for. It should be noted that this positive result is indicative of heroin use.

9     **Special Condition #1**: For a period of 3 months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities as pre-approved by your supervision officer (Home Detention). At the discretion of your supervising officer, electronic home monitoring equipment or other alternative methods of supervision may be employed to confirm compliance. If there is a cost associated with this equipment, you shall contribute according to your ability to pay.

**Supporting Evidence**: Russell Nickerson violated the terms of his probation by leaving his residence without authorization, on or about August 4, 2020, in violation of his home detention condition.

On June 16, 2020, probation commenced in this matter. On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted special condition number 1.

That same day, he was set up on GPS monitoring. Mr. Nickerson signed the GPS participant agreement form which includes an acknowledgment that he is to remain at his approved residence at all times, except for activities approved in advance by his supervising officer.

Prob12C
**Re: Nickerson, Russell Paul**
**August 4, 2020**
**Page 3**

Mr. Nickerson was allotted time out to report to the Spokane Regional Health District (SRHD) Monday through Friday from 7:30 a.m. to 11:00 a.m., to allow time for him to pick up his methadone each day. Mr. Nickerson has been directed on numerous occasions to sign a release of information to allow the undesigned to verify his treatment requirements with the SRHD.

On August 3, 2020, Mr. Nickerson was allowed once more to appear to SRHD for his methadone dose. He was advised that he will not be authorized to appear there again until the undersigned receives treatment verification that has been requested numerous times. During another conversation on August 3, 2020, he was reminded that the undersigned has left multiple messages with no response from SRHD and he is no longer authorized to go there until the requested information is received.

On August 4, 2020, Mr. Nickerson left his residence without USPO approval.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/04/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 4, 2020
Date