PROB 12C
(6/16)

Report Date: August 7, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Russell Paul Nickerson        Case Number: 0980 2:19CR00191-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 16, 2020

Original Offense:         Possession of Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:       Probation 60 months              Type of Supervision: Probation

Asst. U.S. Attorney:      Earl A. Hicks                    Date Supervision Commenced: June 16, 2020

Defense Attorney:        J Houston Goddard                Date Supervision Expires: June 15, 2025

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/24/2020, and 08/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 10 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Russell Nickerson allegedly violated the terms of his probation by consuming methamphetamine and opiates on or about July 17, 2020.<br><br>On June 16, 2020, probation commenced in this matter.  On June 23, 2020, a probation intake was completed. Mr. Nickerson verbally advised he understood and acknowledged the conditions imposed by the Court, to include the above-noted special condition number 6.<br><br>Russell Nickerson was receiving methadone maintenance treatment through the Spokane Regional Health District (SRHD).  During the course of probation, Mr. Nickerson has refused to sign appropriate releases to all the providers to share treatment information with the undersigned. |

Prob12C
**Re: Nickerson, Russell Paul**
**August 7, 2020**
**Page 2**

On August 5, 2020, Mr. Nickerson finally complied and signed a release of information allowing full disclosure of his treatment and drug testing at SRHD. As a result, the treatment provider advised that Mr. Nickerson submitted to drug testing on July 17, 2020. The laboratory report noted a positive test result for the presence of methamphetamine and opiates.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/07/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

8/7/2020

Date