PROB 12C
(6/16)

Report Date: May 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Russell Paul Nickerson | Case Number: 0980 2:19CR00191-RMP-1 |

Address of Offender:                                              , Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 16, 2020

Original Offense:         Possession of Counterfeit Currency, 18 U.S.C. § 472

Original Sentence       Probation - 60 months          Type of Supervision: Supervised Release

Revocation:              Prison - 10 months
(August 21, 2020)        TSR - 36 months

Asst. U.S. Attorney:     Earl A. Hicks               Date Supervision Commenced: April 14, 2021

Defense Attorney:        Federal Defenders Office    Date Supervision Expires: April 13, 2024

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Russell Nickerson violated the terms of his supervised release by failing to appear for urinalysis testing, on or about May 14, 17 and 18, 2021.

On April 14, 2021, supervision commenced in this matter. On April 21, 2021, a supervision intake was completed by phone. Mr. Nickerson verbally acknowledged an understanding of the conditions imposed by the Court to include the above-noted special condition number 6, noted above. The defendant later reported and signed the intake documents to include his judgment.

Prob12C
Re: Nickerson, Russell Paul
May 20, 2021
Page 2

Mr. Nickerson was referred to Pioneer Human Services (PHS) for random urinalysis testing on April 21, 2021. He was directed to call the drug testing line daily to determine if he is to report the same day for drug testing. The correct testing line number and address was then provided to him via text. However, he failed to appear for random urinalysis testing on May 3 and May 10, 2021. He later stated that he realized he was calling the wrong testing line number. Subsequently, he was given the "benefit of the doubt" for missing his substance abuse tests on May 3 and May 10, 2021. He further confirmed having the correct number.

On May 14, 2021, the defendant failed to appear for another urinalysis test. On May 17, 2021, a message was left for him, directing him to report that same day to PHS for urinalysis testing. He failed to do so.

On May 18, 2021, the undersigned spoke to Mr. Nickerson, who claimed he did not receive my message in time. He was then directed to report on May 18, 2021, for urinalysis testing. He again failed to appear for urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/20/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/20/2021
Date