PROB 12C
(6/16)

Report Date: September 3, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Russell Paul Nickerson | Case Number: 0980 2:19CR00191-WFN-1 |
| Address of Offender: | Spokane, Washington 99208 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 16, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(August 21, 2020) | Prison - 10 months<br>TSR - 36 months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: April 14, 2021 | |
| Defense Attorney: | Roger Peven | Date Supervision Expires: April 13, 2024 | |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| 2 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence for violation 1 & 2**: It is alleged that Russell Nickerson violated the terms of his supervised release by failing to complete inpatient treatment, on or about September 3, 2021.<br><br>On April 14, 2021, supervision commenced in this matter. On April 21, 2021, a supervision intake was completed. The conditions of supervision were reviewed with him. He signed |

Prob12C
Re: Nickerson, Russell Paul
September 3, 2021
Page 2

his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above-noted standard condition number 13 and special condition number 5.

On August 5, 2021, Mr. Nickerson appeared for a Sobriety Treatment and Education Program (STEP) session. At that time, he was in custody due to a number of violations surrounding illicit drug use and using a device to falsify drug testing.

Mr. Nickerson was sanctioned by the STEP team to enter into and successfully complete an inpatient treatment program. On August 24, 2021, he released from the Spokane County Jail and entered inpatient treatment at Pioneer Center East (PCE).

On September 3, 2021, the undersigned was notified by the treatment counselor at PCE that Mr. Nickerson had violated a number of treatment rules. He then tested positive for Suboxen, which was later determined to be a substance he acquired for another client at PCE. It should also be noted that after the determination to terminate Mr. Nickerson was decided, the treatment staff was informed Mr. Nickerson had possession of a hypodermic needle that he was using to inject the Suboxen. Mr. Nickerson was confronted by treatment staff and he ultimately gave the staff the hypodermic needle in question.

3     **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Nickerson violated the terms of his supervised release by consuming controlled substances, Suboxen, on or about September 1, 2021.

On April 14, 2021, supervision commenced in this matter. On April 21, 2021, a supervision intake was completed. The conditions of supervision were reviewed with him. He signed his judgment acknowledging an understanding of the conditions imposed by the Court, to include the above-noted special condition number 6.

On August 24, 2021, Mr. Nickerson entered inpatient treatment at PCE. PCE staff reported that he was drug tested on September 1, 2021. The sample was sent to the lab for testing. Mr. Nickerson later stated he consumed Suboxen, which was prescribed for another client. As noted in the supporting evidence above, he was also later found to be in possession of a hypodermic needle.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/03/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Nickerson, Russell Paul
September 3, 2021
Page 3

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

9/3/2021
Date