PROB 12C
(6/16)

Report Date: May 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Paul Nickerson        Case Number: 0980 2:19CR00191-RMP-1

Address of Offender: ███████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: June 16, 2020

Original Offense:          Possession of Counterfeit Currency, 18 U.S.C. § 472

| | | |
|---|---|---|
| Original Sentence: | Probation - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 21, 2020) | Prison - 10 months<br>TSR - 36 months | |
| Revocation Sentence: (October 15, 2021) | Prison - 8 months<br>TSR - 18 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: April 19, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: October 18, 2023 |

### PETITIONING THE COURT

To issue a summons.

Mr. Nickerson commenced supervision on April 19, 2022, and was released directly to the residential reentry center. On May 12, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Nickerson as outlined in the judgment and sentence. Mr. Nickerson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Specifically, on May 23, 2022, Mr. Nickerson was asked to provide a random urine sample. The undersigned officer collecting the sample observed what appeared to be a deception device being used by Mr. Nickerson in an attempt to pass his urinalysis. The undersigned officer directed Mr. Nickerson to remove the deception device and he eventually complied. Mr. Nickerson admitted to consuming methamphetamine on or about May 21, 2022. Mr. Nickerson did provide a urine sample which tested presumptive |

Prob12C
Re: Nickerson, Russell Paul
May 25, 2022
Page 2

positive for methamphetamine. He signed an admission of use form confirming his illegal drug use as well as his possession of a deceptive device.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/25/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Rosanna Malouf Peterson

Signature of Judicial Officer

5/25/2022

Date