PROB 12C
(6/16)

Report Date: June 14, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2022

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Russell Paul Nickerson | Case Number: | 0980 2:19CR00191-RMP-1 |

Address of Offender:             Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: June 16, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (August 21, 2020) | Prison - 10 months<br>TSR - 36 months | | |
| Revocation Sentence: (October 15, 2021) | Prison - 8 months<br>TSR - 18 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | April 19, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: | October 18, 2023 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 25, 2022.

Mr. Nickerson commenced supervision on April 19, 2022, and was released directly to the residential reentry center. On May 12, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Nickerson as outlined in the judgment and sentence.  Mr. Nickerson signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged that Mr. Nickerson violated the above-stated condition of supervision by consuming fentanyl, an illegal controlled substance. Specifically, on June 8, 2022, Mr. Nickerson was asked to provide a random urine sample while in the U.S. Probation Office. Mr. Nickerson provided a urine sample as directed, which tested presumptive positive for fentanyl, which Mr. Nickerson denied using. The sample was sent to Alere Toxicology Laboratory (Alere) for confirmation. On June 13, 2022, his sample returned positive for fentanyl. |

Prob12C
**Re: Nickerson, Russell Paul**
**June 14, 2022**
**Page 2**

| | | |
|---|---|---|
| 3 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. | |

**Supporting Evidence**: It is alleged that Mr. Nickerson violated the above-stated condition of supervision by consuming fentanyl, an illegal controlled substance. On June 8, 2022, Mr. Nickerson provided a random urine sample at Pioneer Human Services (PHS). The sample resulted in presumptively positive test for fentanyl and was sent to Alere for further testing. The test results of this sample are still pending. Mr. Nickerson again denied use.

4     **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: It is alleged that Mr. Nickerson violated the above-stated condition of supervision by consuming fentanyl, an illegal controlled substance. On June 13, 2022, Mr. Nickerson provided a random urine sample at PHS. The sample provided tested presumptive positive for methamphetamine and fentanyl, and was sent to Alere for further testing. Mr. Nickerson signed an admission form admitting to the use of controlled substance on June 12, 2022. The lab results of this sample are still pending.

5     **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: It is alleged that Mr. Nickerson violated the above-stated condition of supervision by being dishonest by his supervising officer. Specifically, on June 8, 2022, Mr. Nickerson was asked several times about his previous use of fentanyl following his submission of a positive urine sample. Mr. Nickerson adamantly denied any use and signed a denial form for the undersigned officer. On June 13, 2022, Mr. Nickerson verbally admitted using a coworker's "vape pen," (a smoking device) which contained fentanyl unbeknownst to him.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/14/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Nickerson, Russell Paul
June 14, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  Other  Incorporate these violations with previous violations

Signature of Judicial Officer

6/15/2022

Date